# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX and NJ

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

July 8, 2024

The Honorable Judge Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, TX 75242-1003

*VIA ECF*

RE:    Howard Achoe v. Equifax Information Services LLC, et al.
       Court File No. 3:24-cv-1116

Dear Judge Kinkeade:

Please be advised that Plaintiff Howard Achoe and Defendant Equifax Information Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff expects to file a Notice of Dismissal within 60 days. Defendants Experian Information Solutions, Inc., Tran Union LLC and Nationstar Mortgage LLC still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/as
Attorney

cc: All Counsel (via ECF)

9999 WAYZATA BLVD, MINNETONKA, MINNESOTA 55305

MAIN 612-370-1511        WWW.FIELDSLAW.COM        FACSIMILE 612-370-4256