# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX and NJ

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

July 23, 2024

The Honorable Judge Ed Kinkeade
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1625
Dallas, TX 75242-1003

*VIA ECF*

RE:    Howard Achoe v. Equifax Information Services LLC, et al.
       Court File No. 3:24-cv-1116

Dear Judge Kinkeade:

Please be advised that Plaintiff Howard Achoe and Defendant Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff expects to file a Notice of Dismissal within 60 days. Defendants Experian Information Solutions, Inc., and Nationstar Mortgage LLC still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/as
Attorney

cc: All Counsel (via ECF)